## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

SUSAN HASSETT,
      Plaintiff

      V.

ELIZABETH HASSELBECK, ET AL
      Defendants.

CIVIL ACTION

NO. 09-11063-JLT

## ORDER OF DISMISSAL

TAURO,    D. J.

      For failure of the plaintiff to file a return of service and/or show good cause why service has not been made, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

By the Court,

*Zita Lovett*

Zita Lovett,
Deputy Clerk

11/12/2009
   Date